UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

IN RE:　　　　　　　　　　　　　　　　　CHAPTER 13
　　　　　　　　　　　　　　　　　　　　BANKRUPTCY NO. 18-00573D
AMANDA S. BRUNSSEN,

　　　　　　　　　　　　　　　　　　　　MOTION TO PAY 11 USC SECTION
　　　　　　　　　　　　　　　　　　　　347(a) UNCLAIMED FUNDS INTO
　　　　　　Debtor.　　　　　　　　　　　COURT REGISTRY FUND PURSUANT
　　　　　　　　　　　　　　　　　　　　TO FRBP 3011 LOCAL RULE 3011

　　　　COMES NOW the Chapter 13 Trustee and states to the Court that the following payments are stale-dated. The account of this estate reflects that the following amounts are still on deposit:

| Refund | Amanda Brunssen<br>7290 Commerce Park<br>Dubuque, IA 52002 | Check #268618<br>Amount $1,729.10<br>Issued 12/28/2018 |
|---|---|---|

The Trustee has stopped payment on this check.

　　　　WHEREFORE, it is prayed the Court enter an Order that said sums shall be deposited with the Clerk of the United States Bankruptcy Court for the Northern District of Iowa under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code and the Clerk shall hold said sums under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code for the benefit of said parties.

DATED: April 19, 2019　　　　　　　　　/s/ Carol F. Dunbar
　　　　　　　　　　　　　　　　　　　Carol F. Dunbar, #1682
　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　	　　　　　　　　　　　531 Commercial Street, Suite 500
　　　　　　　　　　　　　　　　　　　Waterloo, IA 50701
　　　　　　　　　　　　　　　　　　　Telephone: (319) 233-6327
　　　　　　　　　　　　　　　　　　　Fax: (319) 233-0346